UNITED STATES of America,
Plaintiff–Appellee,

v.

John Eric CARPEGNA, Defendant–
Appellant.

No. 13–36149.

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Filed June 25, 2015.

Jessica Anne Betley, Assistant U.S., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Palmer A. Hoovestal, Hoovestal Law Firm, PLLC, Helena, MT, for Defendant–Appellant.

John Eric Carpegna, Fort Dix, NJ pro se.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

John Eric Carpegna appeals from the district court's order denying his 28 U.S.C. § 2255 motion challenging his convictions by guilty plea to receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) (*Carpegna I* ), and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) (*Carpegna II* ). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Carpegna's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Carpegna the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to the claims certified for appeal.

Counsel's motion to withdraw is **GRANTED.**

Carpegna's request for new counsel is denied.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.